1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR12-95RAJ |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| ALEXANDER OLIVIO-ALTHEIMER, | |
| Defendant. | |

THIS MATTER comes before the court on Defendant's Motion for Termination of Supervised Release (Dkt. #195). The court has reviewed Defendant's motion, and the files and pleadings herein, including the report from United States Probation Officer Lisimba Jackson, and being fully advised,

IT IS ORDERED that Defendant's Motion (Dkt. #195) is DENIED.

DATED this 3rd day of November, 2017.

The Honorable Richard A. Jones
United States District Judge